No. 88–5449. BROWN v. NEWSOME, WARDEN. C. A. 11th Cir. Certiorari denied. 

No. 88–5451. THOMPSON v. SOUTHEASTERN TOYOTA DISTRIBUTORS, INC., ET AL. C. A. 11th Cir. Certiorari denied. ██ 

No. 88–5452. MAY v. WARNER AMEX CABLE COMMUNICATIONS. C. A. 6th Cir. Certiorari denied. 

No. 88–5455. HARSTON v. SEABOLD, WARDEN. C. A. 6th Cir. Certiorari denied. 

No. 88–5467. TAYLOR v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 88–5469. HOLMES, AKA RICHARDS, ET AL. v. HARDY ET AL. C. A. 5th Cir. Certiorari denied. 

No. 88–5471. JOHNSON v. TEXAS DEPARTMENT OF CORRECTIONS ET AL. C. A. 5th Cir. Certiorari denied. 

No. 88–5472. COLLINS ET VIR v. UNITED STATES. C. A. Fed. Cir. Certiorari denied. 

No. 88–5474. ROBERTS v. UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 88–5477. SMITH v. BARRETT ET AL. C. A. 4th Cir. Certiorari denied. 

No. 88–5479. SOHMER v. FREEMAN, SUPERINTENDENT, STATE CORRECTION INSTITUTION (AND DIAGNOSTIC AND CLASSIFICATION CENTER) AT CAMP HILL, ET AL. C. A. 3d Cir. Certiorari denied.

No. 88–5482. SMITH v. UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 88–5493. STEPHENSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.